# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU Investments, LLC d/b/a Brazos Licensing and Development,<br><br>    Plaintiff,<br><br>  v.<br><br>Xilinx, Inc.,<br><br>    Defendant. | C.A. No. 20-1231-CFC |

## DEFENDANT XILINX, INC.'S PARTIAL MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Xilinx, Inc. ("Defendant") moves to dismiss the claims in the Complaint (D.I. 1) for induced and contributory infringement for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Defendant's Opening Brief submitted herewith.

| | |
|---|---|
| November 9, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | |
| Hilda C. Galvan | */s/ Anne Shea Gaza* |
| JONES DAY | Anne Shea Gaza (No. 4093) |
| 2727 North Harwood Street | Robert M. Vrana (No. 5666) |
| Dallas, TX 75201-1515 | Beth A. Swadley (No. 6331) |
| | Rodney Square |
| David B. Cochran | 1000 North King Street |
| JONES DAY | Wilmington, DE 19801 |
| 901 Lakeside Avenue | (302) 571-6600 |
| Cleveland, Ohio 44114-1190 | agaza@ycst.com |
| | rvrana@ycst.com |
| Thomas W. Ritchie | bswadley@ycst.com |

- 2 -

JONES DAY
77 West Wacker Dr. *Attorneys for Xilinx, Inc.*
Chicago, IL  60601-1692

## CERTIFICATE OF SERVICE

I, Anne Shea Gaza, hereby certify that on November 9, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James M. Lennon, Esquire
> Devlin Law Firm LLC
> 1526 Gilpin Avenue
> Wilmington, DE 19806
> *jlennon@devlinlawfirm.com*
>
> *Attorneys for Plaintiff*

I further certify that on November 9, 2020, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and on the following:

> Isaac Rabicoff, Esquire
> Rabicoff Law Firm LLC
> 5680 King Centre Drive, Suite 645
> Alexandria, VA 22315
> *isaac@rabilaw.com*
>
> *Attorneys for Plaintiff*

27308804.1

2

<table>
<tr><td>Dated:  November 9, 2020</td><td>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Anne Shea Gaza<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Beth A. Swadley (No. 6331)<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>*agaza@ycst.com*<br>*rvrana@ycst.com*<br>*bswadley@ycst.com*<br><br>*Attorneys for Xilinx, Inc.*</td></tr>
</table>