# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,**<br><br>Plaintiff,<br><br>v.<br><br>**Xilinx, Inc.,**<br><br>Defendant. | C.A. No. 20-1231-CFC |

## [PROPOSED] ORDER

The Court, having considered Xilinx, Inc.'s ("Xilinx") Partial Motion to Dismiss and the papers submitted in connection therewith,

HEREBY ORDERS THIS ___ DAY OF _____, 202_, that Xilinx's Partial Motion to Dismiss is GRANTED and that the allegations of induced and contributory infringement are DISMISSED.

 

_____
The Honorable Colm F. Connolly
United States District Judge