# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XILINX, INC.,<br><br>　　　　　Defendant. | C.A. No. 20-1228-CFC<br>C.A. No. 20-1229-CFC<br>C.A. No. 20-1231-CFC<br>C.A. No. 20-1232-CFC<br>C.A. No. 20-1233-CFC |

## STIPULATION AND PROPOSED ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendant Xilinx, Inc., through their undersigned counsel and subject to the approval of the Court, that Plaintiff's time to file its answering brief in opposition to Defendant's Motion to Transfer (D.I. 16 in CA No. 20-1228, 20-1229, 20-1231 and 20-1232; D.I. 15 in CA No. 20-1233) ("Motion") in the above captioned actions shall be extended to January 20, 2021 and Defendant's time to file its reply brief in further support of its Motion to Transfer shall be extended to February 3, 2021.

The reason for this stipulation is to allow Plaintiff additional time to investigate the allegations of the Motion. The requested extensions should not

disrupt the schedule in this case, as a Rule 16 conference has not been scheduled in this matter.

Dated:  December 29, 2020

| DEVLIN LAW FIRM LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ James M. Lennon* | */s/ Anne Shea Gaza* |
| James M. Lennon (No. 4570) | Anne Shea Gaza (No. 4093) |
| 1526 Gilpin Avenue | Robert M. Vrana (No. 5666) |
| Wilmington, DE 19806 | Beth A. Swadley (No. 6331) |
| Phone: (302) 449-9010 | Rodney Square |
| Fax: (302) 353-4251 | 1000 N. King Street |
| jlennon@devlinlawfirm.com | Wilmington, Delaware 19801 |
|  | (302) 571-6600 |
|  | agaza@ycst.com |
|  | rvrana@ycst.com |
| OF COUNSEL: | bswadley@ycst.com |
| Isaac Rabicoff |  |
| RABICOFF LAW LLC | OF COUNSEL: |
| 5680 King Centre Dr., Suite 645 |  |
| Alexandria, VA 22315 | Hilda C. Galvan |
| (773) 669-4590 | JONES DAY |
| isaac@rabilaw.com | 2727 North Harwood Street |
|  | Dallas, TX 75201-1515 |
| Jonathan K. Waldrop | (214) 969-4556 |
| jwaldrop@kasowitz.com | hcgalvan@jonesday.com |
| Darcy L. Jones |  |
| djones@kasowitz.com | David B. Cochran |
| Marcus A. Barber | JONES DAY |
| mbarber@kasowitz.com | 901 Lakeside Avenue |
| John W. Downing | Cleveland, Ohio 44114-1190 |
| jdowning@kasowitz.com | (216) 586-7029 |
| Heather S. Kim | dcochran@jonesday.com |
| hkim@kasowitz.com |  |
| Jack Shaw | Thomas W. Ritchie |
| jshaw@kasowitz.com | JONES DAY |
|  | 77 West Wacker Dr. |

| | |
|---|---|
| ThucMinh Nguyen<br>tnguyen@kasowitz.com<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065<br>Telephone: (650) 453-5170<br>Facsimile: (650) 453-5171 | Chicago, IL 60601-1692<br>(312) 269-4003<br>twritchie@jonesday.com<br><br>*Attorneys for Xilinx, Inc.* |

Paul G. Williams
pwilliams@kasowitz.com
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

*Attorneys for Plaintiff*


SO ORDERED this _____ day of _____, 202__.


_____
United States District Judge